UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00054 DDP (CWx) | Date | July 29, 2015 |
|---|---|---|---|
| Title | Robert Calvin Milam v. City of Los Angeles, et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Marc Krause | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
| Benjamin J. Meiselas | Christian R. Bojorquez |
| | Cory M. Brente |

**Proceedings:**     Settlement Conference

    Settlement conference held.  Agreement is reached.  Documentation to be completed and dismissal filed within thirty days.


    cc:     Counsel of Record

|  | 4 : 00 |
|---|---|
| Initials of Preparer | MK |